FILED
2016 Jan-20 AM 08:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form

JHE
S

# In the United States District Court
# For the Northern District of Alabama

James M. Broadhead, #224802 AIS

~~[redacted]~~

~~[redacted]~~

CV-16-K-0093-S

(Enter above the full name(s) of the plaintiff(s) in this action)

1. Correctional, Robert Hunter
2. Correctional St. Phard.
3. Correctional Wamen.
4. Correctional MHP, Danielle Austin
5. Correctional MHP, Washington.

6. Correctional, MHP, Bonella.
7. Correctional, MHP, Johnson.
8. Correctional, MHP, Roders.
9. Correctional, nurse RN, Y. Scott.
10. Correctional, LPN, nurse, Amberly Click
11. Officer, C/o, Brian Robinson.
12. Officer, C/o, M. Gasdon.
13. Correctional, LPN, nurse, Smith.
14. Correctional, Thomas nurse LPN.

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes (L✓)   No ( )

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s) _____

      2. Court (if Federal Court, name the district; if State Court, name the county)

         _____

      3. Docket Number _____

      4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____ N/A _____

II. Place of present confinement __William E. Donaldson Correctional Facility.__

   A. Is there a prisoner grievance procedure in this institution?
      Yes (✓)  No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )  No (✓)

   C. If your answer is YES:
     1. What steps did you take? __Robert Hunter,__ and __St. Phaxed,__ and Wamen Correctional Officers.

     2. What was the result? Daniella Austin, and Washington, and Bonella and Johnson, and Raders, and Y. Scott, and Amberly Click, and Brion Robison, and M. Gasdon, and Smith, and LPN. Thomas.

   D. If your answer is NO, explain why not? _____

_____

_____

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) __James M. Broadhead #AIS 224802, Segregation S-12,__
      William E. Donaldson Correctional Facility.
      100, Warrior Lane,
      Address __Bessemer  AL, 35023,__

## IV. Exhaustion of Legal Remedies

16. There is no! Inmate Grievance procedure in the Alabama Department of Corrections Ar #319. Inmate Grievance proc dure is not available to inmates Because it is still on revie

17. Plaintiff, re-allege and incorporate by reference to paragraphs 1-

18. The unlawful Deadly Physical Force on-plaintiff constitute Assault and Battery Violated plaintiff, James Broadhead Rights and Constituted A Criminal Offense in Alabama under the Statute code 1896 344, Sections & 13A-3-23, Section & 13A-12(8) section & 13A-1-2 (9), of the criminal Code of 1975.

19. The broken El-bow and burst head and teeth broken of plaintiff, Violated plaintiff James, Rights under the Statutes sections & 13A-3-23, 13A-1-2 (8) 13A-1-2 (9) of the criminal Code of 1975. and constituted Dueprocess Violation unde Color of State law, under the section & 8, 10, 11, 13, 15, of Art I of the constitution of Alabama of 1901, 20) The plaintiff has no plain adequate or complete remedy at law to redress the wrongs described here in Plaintiff has been and will continue to be irreparably injured by the court of the defenda nts unless the court grants the prosecutions and the compensa tory and punitive damages relief which plaintiff seeks.

## VI. Prayer For Relief

Where fore plaintiff respectfully prays that this court enter judgment granting plaintiffs: 21. A declaration that the acts and omissions described here in Violated plaintiffs rights under the Statutes under the Criminal Offense under the title 13A Criminal Code of 1975, and the constitution and laws of the State of Alabama. 22. Compenseatory delamages in the amount of $2,000.00 against each defendant jointly and severally 23. Punitive damages in the amount of $2,000.00 against each defendant. 24. A, jury trial on all issues triable by jury 25. Granting Appoinnt ment of Counsel 26. Plaintiff cost in this case 27. Circuit court judges authority granted them by law to exercise such other powers as are or may be granted them by law [312-17-26 code of Alabama 1975],

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant _____

   is employed as _____

   at _____

C. Additional Defendants _____

_____

_____

_____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

Date. 12-27-2015. I James m. Broadhead would like to make a state menton behalf of the assault that took place on me I was for us to the ground from ablow to my testicle while on the around i was kick-ed again and again to the testicle This type of assault per For Formued on mE was out of hate Be douse of my conviction How j Know this to betrue In the process of being assault to the testicle I could heara Vaice Say and j quote you"ll hever be able to rape and anot her old ladyung uote you"ll hever be able to rape another This is how j know

- 3 -

Said assault was performed out of pure hate.

V. RELIEF

State briefly ~~exactly~~ what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1-3-2016.__
(date)

4:55 P.M.

James M. Broadhead
William E. Donaldson Correctional Facility
100, Warrior Lane
Bessemer AL, 35023.

_James M. Broadhead #221857_
Signature(s)

- 4 -